THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR LEE BROWN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the former County Court, Kings County, entered August 9, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered June 2, 1937 after a jury trial, convicting him of murder in the second degree, and imposing sentence. Defendant's appeal from the judgment of conviction was dismissed on November 12, 1937, for lack of prosecution. Order affirmed. In our opinion, none of the grounds alleged by defendant in his petition as to errors of record or as to the ineptitude of counsel, warranted a hearing (*People* v. *Sadness*, 300 N. Y. 69; *People* v. *Girardi*, 2 A D 2d 701; *People* v. *Levy*, 18 A D 2d 1017). The additional grounds: (1) as to the inaccessibility of the trial minutes following defendant's appeal from the judgment of conviction, and (2) as to the failure of the People to serve a copy of the motion papers to dismiss such appeal, now asserted for the first time by the defendant in his unverified brief, if substantiated by a new and sworn petition or affidavit, addressed to the court of first instance, may entitle defendant to redress. Upon the present record, this court can make no determination as to the validity of such grounds. Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUTHBERT EASTMAN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the former County Court, Kings County, dated May 17, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered March 14, 1956 after a jury trial, convicting him of possession of narcotics with intent to sell, and imposing sentence. Order affirmed. The application seeks to vacate the judgment upon the ground that it is based upon the receipt of evidence obtained in violation of the Federal and State Constitutions. The judgment predates the rule of *Mapp* v. *Ohio* (367 U. S. 643). Hence, that rule may not be invoked by writ of error *coram nobis* to vacate such judgment (see *People* v. *Hyde*, 16 A D 2d 942; *People* v. *Zito*, 18 A D 2d 668; *People* v. *Muller*, 11 N Y 2d 154). Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FITZGERALD, Appellant.— Appeal by defendant from a judgment of the former County Court, Queens County, rendered May 21, 1962 after a jury trial, convicting him of grand larceny in the first degree, and imposing sentence. Judgment affirmed (Code Crim. Pro., § 542). Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.